UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Newark)

| | |
|---|---|
| CONTAINER LEASING INTERNATIONAL, LLC, d/b/a SeaCube Containers, LLC, *et al.*,<br><br>                    Plaintiff,<br><br>        v.<br><br>HANJIN SHIPPING CO., LTD.,<br><br>                    Defendant[1]. | Case No. 17-cv-00847<br><br>Judge: Hon. Kevin McNulty |

### APPLICATION FOR ADMISSION OF
### LAURA E. APPLEBY, ESQUIRE AND JOON P. HONG, ESQUIRE, *PRO HAC VICE*

Pursuant to D.N.J. L. Civ. R. 101.1(c) and the attached certifications, counsel moves for the admission, *pro hac vice,* of Laura E. Appleby, Esquire ("*Attorney Appleby*") and Joon P. Hong, Esquire ("*Attorney Hong*") to represent Mr. Jin Han Kim ("*Trustee Kim*"), in his capacity as trustee and successor foreign representative of the Debtor in the above-captioned Chapter 15 case.

1.   Both Attorney Appleby and Attorney Hong are eligible for *pro hac vice* admission to the District Court for the District of New Jersey.

2.   The law firm of Chapman and Cutler LLP has been selected by Trustee Kim because of his familiarity with the firm and its bankruptcy expertise.

---

[1]   The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835.  The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

4165057
7013493

-2-

3. As set forth in the Certifications attached to this application, Attorney Appleby and Attorney Hong are members of good standing of the bar of the State of New York and other jurisdictions and are not under suspension or disbarment by any court.

4. If admitted *pro hac vice*, Attorney Appleby and Attorney Hong have agreed to abide by the Local Civil Rules, to submit themselves to the disciplinary jurisdiction of this Court, and to make payment to the New Jersey Lawyers' Fund for Client Protection as provided in Rule 101.1(c)(2) of the Local Civil Rules of this Court.

        Respectfully Submitted,

        GIORDANO HALLERAN & CIESLA
        Attorneys for Mr. Jin Han Kim, in his capacity as trustee and successor foreign representative of Hanjin Shipping Co., Ltd.

        By: /s/ Donald F. Campbell, Jr.
            Donald F. Campbell, Jr.

        125 Half Mile Road, Suite 300
        Red Bank, New Jersey 07701
        Phone: 732-741-3900
        Fax: 732-224-6599
        dcampbell@ghclaw.com

Dated: April 10, 2017