## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re:**<br><br>**HANJIN SHIPPING CO., LTD.,**<br><br>  **Debtor in a foreign proceeding,**<br><br>---<br><br>**Container Leasing International, LLC,** *et al.,*<br><br>  **Appellants,**<br><br>  **v.**<br><br>**Hanjin Shipping Co., Ltd.,,**<br><br>  **Appellee.** | Civ. No. 17-847<br><br>(Bankr. Case No. 16-27041)<br><br>**ORDER** |

Terminal Investment Limited S.á. R.L. ("TIL") having moved to intervene in this bankruptcy appeal (ECF no. 2); and it appearing that the parties have entered into a comprehensive Stipulation concerning the relief sought on appeal, so-ordered by the Court (ECF no. 10); and it further appearing that the motion to intervene has been rendered moot by the Stipulation;[1]

IT IS this 17th day of July, 2017

---

[1]  *See* ECF no. 10 at 8 ¶ 6 ("Upon approval and entry of this Stipulated Order by the District Court, among other relief TiL may have to enforce this Stipulated Order, TiL may intervene in the Appeal to the extent TiL deems it necessary to enforce this Stipulated Order. Upon entry of this Stipulated Order and the Stipulated Order becoming final, TiL will otherwise withdraw its Motion to Intervene.")

ORDERED that the motion to intervene (ECF no. 2) is DISMISSED as moot.

HON. KEVIN MCNULTY, U.S.D.J