UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Newark)

| | |
|---|---|
| CONTAINER LEASING INTERNATIONAL, LLC, d/b/a SeaCube Containers, LLC, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>HANJIN SHIPPING CO., LTD.,<br><br>    Defendant[1]. | Case No. 17-cv-00847<br><br>Judge: Hon. Kevin McNulty |

## ORDER FOR ADMISSION OF
## LAURA E. APPLEBY, ESQUIRE AND JOON P. HONG, ESQUIRE, *PRO HAC VICE*

The relief set forth on the following page is **ORDERED**.

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835. The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

This matter having been brought before the Court on application for an Order for Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicants, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, and D.N.J. L. Civ. R. 101.1, and good cause having been shown; it is

ORDERED that Laura E. Appleby, Esq. and Joon P. Hong, Esq. be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, order and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt if not already filed. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicants shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED, that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey as the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
*Attn: Pro Hac Vice Admissions*

and it it is further

ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within five (5) days of its date of entry.

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 8/30/2017