UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR
9004-1(b)**

WASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
Phone: (973) 467-2700
Fax: (973) 467-8126
dclarke@wjslaw.com

SIMMS SHOWERS LLP
201 International Circle
Baltimore, Maryland 21030
Phone: (410) 783-5795
Fax: (410) 510-1789
jssimms@simmsshowers.com

Attorneys for Container Leasing International,
LLC d/b/a SeaCube Containers LLC,
Textainer Equipment Management (U.S.)
Limited, TRAC Intermodal LLC

| | |
|---|---|
| In Re:<br>Hanjin Shipping Co., Ltd. | Case No.: 16-27041 (JKS)<br>Chapter: 15<br><br>U.S. District Court Case ( Appeal)<br>No.: 2:17-cv-00847-KM |

**APPELLANTS' DESIGNATION OF THE ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL AND A STATEMENT OF ISSUES TO BE PRESENTED**

    Appellants Container Leasing International, LLC d/b/a SeaCube Containers LLC,

Textainer Equipment Management (U.S.) Limited, and TRAC Intermodal LLC pursuant to

Bankr. R. 8009 make the following designation and statement.

**Statement of Issues to be Presented**

Whether the Court correctly required all common benefit claims to be presented, determined and paid only in Korea, where neither the Korean Debtor Rehabilitation and Bankruptcy Act ("DRBA") nor Korean courts impose such a requirement.

## Items to be Included in the Record on Appeal

ECF Docket Nos.:  617, 616, 615, 613, 599, 589, 588, 587, 586, 585, 583, 576, 572, 569, 568, 566, 565, 564, 562, 561, 560, 558, 543, 536, 535, 534, 533, 532, 531, 530, 529, 524, 517, 503, 495, 494, 493, 492, 486, 485, 483, 482, 481, 480, 479.

Dated:  February 23, 2017

Respectfully submitted,

WASSERMAN, JURISTA & STOLZ, P.C.

By:       /s/ Donald W. Clarke
          DANIEL M. STOLZ, ESQ
          DONALD W. CLARKE, ESQ.

*/s/ J. Stephen Simms*
J. Stephen Simms (*pro hac vice*)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Phone: (410) 783-5795
Fax: (410) 510-1789
jssimms@simmsshowers.com

Attorneys for Beacon Intermodal Leasing, LLC, Container Leasing International, LLC d/b/a SeaCube Containers LLC, Textainer Equipment Management (U.S.) Limited, TRAC Intermodal LLC