**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GIORDANO HALLERAN & CIESLA PC
125 Half Mile Rd., Suite 300
Red Bank, NJ 07701
Phone: 732-741-3900
Fax: 732-224-6599
dcampbell@ghclaw.com

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
New York, New York 10020
Phone: (212) 655-2537
Fax: (212) 655-2538
joonhong@chapman.com

Attorneys for Mr. Jin Han Kim, in his capacity as the bankruptcy trustee of Hanjin Shipping Co., Ltd.

| | |
|---|---|
| In Re:<br><br>Hanjin Shipping Co., Ltd. | Case No.: 16-27041 (JKS)<br>Chapter: 15<br><br>U.S. District Court Case (Appeal)<br>No.: 2:17-cv-00847-KM<br><br>*Document Filed Electronically* |

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, Mr. Jin Han Kim, in his capacity as the bankruptcy trustee of Hanjin Shipping Co., Ltd., respectfully designates the following items to be included in the record on appeal in the above-captioned matter:

### Entries from Bankr. D.N.J. Case No. 16-27041-JKS Docket

| Docket Number | Date Filed | Description |
|---|---|---|
| 1 | 09/02/2016 | Chapter 15 Petition for Recognition of Foreign Proceeding. |
| 3 | 09/02/2016 | Declaration of Tai-Soo Suk in Support of (I) Verified Chapter 15 Petition; (II) Motion of Foreign Representative For Entry of Provisional Relief in Aid of Foreign Main Proceeding; and (III) Certain Related Relief |
| 4 | 09/02/2016 | Declaration of Wan Shik Lee Nam in Support of Verified Chapter 15 Petition for Recognition of Foreign Main Proceeding |
| 5 | 09/02/2016 | Motion of Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Main Proceeding and Certain Related Relief Pursuant to Sections 362, 365, 1517, 1519, 1520, 1521, and 105(a) of the Bankruptcy Code |
| 22 | 09/06/2016 | Interim Provisional Order Granting Recognition of Foreign Main Proceeding and Certain Related Relief Pursuant to Sections 362, 365, 1517, 1519, 1520, 1521, and 105(a) of Bankruptcy Code |
| 49 | 09/08/2016 | Transcript regarding Hearing Held 09/06/16 |
| 66 | 09/08/2016 | Limited Objection to Recognition of Foreign Proceeding and Related Relief, Further Supporting Maritime Lien Rights and for Security or Stay Lift to Proceed with Vessels Arrest |
| 80 | 09/08/2016 | Foreign Representative's (I) Supplemental Submission in Support of Motion of Foreign Representative for Entry of Order Granting Provisional Relief Pursuant to Sections 362, 365, 1519, 1520, and 105(a) of the Bankruptcy Code and (II) Omnibus Response to Objections |
| 102 | 09/09/2016 | Order Granting Provisional Relief Pursuant to Sections 362, 365(E), 1519, 1520, and 105(a) of the Bankruptcy Code Pending Hearing on Petition for Recognition as a Foreign Main Proceeding |
| 104 | 09/12/2016 | Transcript regarding Hearing Held 09/09/16 |
| 392 | 10/21/2016 | Notice of Proposed Final Order Granting Recognition of Foreign Main Proceeding and Certain Related Relief Pursuant to Sections 362, 365(e), 1517, 1520, 1521, and 105(a) of the Bankruptcy Code |
| 429 | 11/15/2016 | Limited Objection to Proposed Final Order Granting Recognition of Foreign Main Proceeding |
| 431 | 11/15/2016 | Affidavit of Dr. Byun Kim Confirming that Common Benefit Claims May be Pursued in United States Courts |
| 433 | 11/15/2016 | Joinder of Textainer Equipment Management (U.S.) Limited to the Limited Objection to Proposed Final Order Granting Recognition of Foreign Main Proceeding |
| 496 | 12/22/2016 | Declaration of K. W. Jeong in Support of Motion of Foreign Representative to Enforce Provisional Relief Orders and Sections 362 and 365(e) of the Bankruptcy Code |
| 500 | 12/23/2016 | Motion to Recognize Beacon's Common Benefit Claim |
| 525 | 01/05/2017 | Letter to the Honorable John K. Sherwood dated January 5, 2017 |

| 539 | 01/06/2017 | Certificate of Service |
| --- | --- | --- |
| 559 | 01/10/2017 | Proof of Publication of Notice of Motion of Foreign Representative, Pursuant to Sections 105(a), 363, 365, 1501, 1514, 1520 and 1521 of the Bankruptcy Code |
| 567 | 01/11/2017 | Declaration of Jonathan Mitchell in Support of Motion of Foreign Representative, Pursuant to Sections 105(a), 363, 365, 1501, 1514, 1520 and 1521 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006 and 9014, for Entry of an Order (I) Recognizing and Enforcing the Korean Sale Order, (II) Approving the Sale of the Debtor's Interest in TTI and HTEC, (III) Entrusting Distribution of the Sale Proceeds to the Foreign Representative and (IV) Granting Related Relief |
| 612 | 02/06/2017 | Notice of Change of Status of Foreign Proceeding Pursuant to Section 1518 of the Bankruptcy Code |
| 620 | 02/16/2017 | Notice of Docketing Record on Appeal to District Court. Case Number: 17-cv-00847 |
| 627 | 02/17/2017 | Declaration of Ilana Volkov Pursuant to Section 1518 of the Bankruptcy Code Regarding Change of Status of: (I) Foreign Proceeding; and (II) Foreign Representative's Appointment |
| 628 | 02/21/2017 | Supplemental Declaration of Ilana Volkov Pursuant to Section 1518 of the Bankruptcy Code Filing Decision of Korean Court Declaring the Debtor Bankrupt |
| 634 | 02/23/2017 | Appellants' Designation of the Items to be Included in the Record on Appeal and a Statement of Issues to be Presented |
| 660 | 03/09/2017 | Transcript of Hearing Held 01/23/2017 |

Dated: March 9, 2017

Respectfully Submitted,

GIORDANO HALLERAN & CIESLA, PC

By:__/s/ Donald F. Campbell, Jr._
      DONALD F. CAMPBELL, JR.

/s/ Joon P. Hong
Joon P. Hong (*pro hac vice pending*)
CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
New York, New York 10020
Phone: (212) 655-2537
Fax: (212) 655-2538
joonhong@chapman.com

Attorneys for Mr. Jin Han Kim, in his capacity as the bankruptcy trustee of Hanjin Shipping Co., Ltd.